1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE

10

11  CRAIG M. BALL,                          No.  2:16-cv-01523-RSM

12            Plaintiff,                     **Stipulated Motion to Amend Complaint**

13       v.                                  **With Order**

14  MANALTO, INC., a Virginia corporation,
    and ANTHONY OWEN, an individual,
15

16            Defendants.

17

18

19       Plaintiff Craig M. Ball and Defendants Manalto, Inc. and Anthony Owen (collectively the

20  "Parties") stipulate that Plaintiff Craig M. Ball may file the proposed Amended Complaint

    attached as Exhibit A to this Stipulated Motion to Amend Complaint.
21

22       The Parties further stipulate that, in accordance with Federal Rule of Civil Procedure

23  15(a)(3), Defendants Manalto, Inc. and Anthony Owen are to respond to the amended complaint

    within 14 days of its filing.
24

25  ///

26  ///

27  ///

1    DATED this 25th day of March, 2017.

2                                         SCHLEMLEIN GOETZ FICK & SCRUGGS PLLC

3

4                                 */s/ Brian K. Keeley*
                                  Brian K. Keeley, WSBA No. 32121

5                                  66 S. Hanford, Suite 300
                                  Seattle, Washington, 98134

6                                  Telephone:  (206) 448-8100
                                  Facsimile:  (206) 448-8514

7                                  Email:  bkk@soslaw.com
                                  *Attorneys for Plaintiff*

8

9                                  LITTLER MENDELSON

10

11                               */s/ Kellie Anne Tabor*
                                  Daniel L. Thieme, WSBA #12855

12                                  Kellie Anne Tabor, WSBA #46260
                                  600 University Street, Suite 3200

13                                  Seattle, WA 98101
                                  Telephone: (206) 381-4951

14                                  Facsimile:  (206) 447-6965
                                  Email:  dthieme@littler.com

15                                          ktabor@littler.com
                                  *Attorneys for Defendants*

16

17

18

19    IT IS SO ORDERED.

20

21    DATED this 28 day of March, 2017.

22

23

24                               RICARDO S. MARTINEZ
                                 CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

**Stipulated Motion to Amend Complaint With Order**
No. 2:16-cv-01523-RSM                    Page 2                  SCHLEMLEIN GOETZ FICK & SCRUGGS, PLLC
                                                    66 S. Hanford Street, Suite 300
                                                             Seattle, WA 98134
                                          Phone: (206) 448-8100 Fax: (206) 448-8514