UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG M. BALL,<br><br>    Plaintiff,<br><br>v.<br><br>MANALTO, INC., a Virginia corporation, and ANTHONY OWEN, an individual,<br><br>    Defendants. | No. 2:16-cv-01523-RSM<br><br>**Order of Dismissal on Stipulation** |

In accordance with the Stipulated Motion for Dismissal by Plaintiff Craig M. Ball and Defendants Manalto, Inc. and Anthony Owen, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice, and without an award of attorney fees or costs to any party.

DATED this 7th day of July 2017.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Order of Dismissal on Stipulation**     Page 1     SCHLEMLEIN FICK & SCRUGGS, PLLC
No. 2:16-cv-01523-RSM     66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

Jointly Presented By:

SCHLEMLEIN FICK & SCRUGGS PLLC

*/s/ Brian K. Keeley*
Brian K. Keeley, WSBA No. 32121
66 S. Hanford, Suite 300
Seattle, Washington, 98134
Telephone: (206) 448-8100
Facsimile: (206) 448-8514
Email: bkk@soslaw.com
*Attorneys for Plaintiff*

LITTLER MENDELSON

*/s/ Daniel L. Thieme*
Daniel L. Thieme, WSBA #12855
Kellie Anne Tabor, WSBA #46260
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 381-4951
Facsimile: (206) 447-6965
Email: dthieme@littler.com
Email: ktabor@littler.com
*Attorneys for Defendants*

**Order of Dismissal on Stipulation**    Page 2    SCHLEMLEIN FICK & SCRUGGS, PLLC
No. 2:16-cv-01523-RSM    66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514